CASE # _*VJ-800302*_

## SEARCH BY CONSENT

BEFORE ANY SEARCH IS MADE, YOU MUST UNDERSTAND YOUR RIGHTS.

1) You may refuse to consent to a search and may demand that a search warrant be obtained prior to any search.

2) If you consent to a search, anything of value as evidence seized in the course of the search can be used in court against you.

I HAVE READ THE ABOVE STATEMENT OF MY RIGHTS AND AM FULLY AWARE OF THESE RIGHTS.

I HEREBY CONSENT TO A SEARCH WITHOUT WARRANT OF THE FOLLOWING (DESCRIBE PREMISES, AUTO OR OTHER SUBJECT OF SEARCH):

_Samsung Galaxy S5_

BY PEACE OFFICERS: _Det Jeff Myers 39608 / Det Nathan Wallstan 39011_ OF THE PORTLAND POLICE BUREAU AND _Forensic Police Personnel_

I HEREBY AUTHORIZE THESE OFFICERS TO SEIZE ANY ARTICLE WHICH THEY CONSIDER TO BE OF VALUE AS EVIDENCE.

THIS STATEMENT IS SIGNED OF MY OWN FREE WILL WITHOUT ANY THREATS OR PROMISES HAVING BEEN MADE TO ME.

_Angela J. Brawford_
Signature

_6/27/15    4/27/15  1344_
Date – Time

_1111 SW 2nd Ave_
Place

Witness _39608_

Witness _39592_