ANDREA BARRACLOUGH, OSB No.122371
Deputy City Attorney
Email: andrea.barraclough@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Attorney for Defendant City of Portland

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

**ANGELA BRANFORD,**                                             **3:17-cv-00094-SI**

        **PLAINTIFF,**

      v.                                        **DECLARATION OF BARRY RENNA
IN SUPPORT OF DEFENDANT CITY
OF PORTLAND'S MOTION TO
DISMISS**

**WASHINGTON COUNTY, OREGON;
PAT GARRETT; JONATHAN
CHRISTENSEN; JOHN BLACK; THE
CITY OF PORTLAND, OREGON,**

        **DEFENDANTS.**

I, BARRY RENNA, being first duly sworn, depose and declare as follows:

    1.      I am an investigator for the Portland Police Bureau where I currently work in the

Internal Affairs Division.

    2.      I make this declaration in support of Defendant City of Portland's Motion to

Dismiss Plaintiff's Complaint.

    3.      I make this declaration based upon personal knowledge.

    4.      At the end of April of 2015, I was notified that PPB was going to handle a

criminal investigation and IA investigation on behalf of the Washington County Sheriff's Office

related to allegations of wrongdoing by some of its members.  It had been my understanding that

Page  1  –  DECLARATION OF BARRY RENNA

PPB was originally going to fully handle these matters as a way for Washington County to assure transparency.

5.      However, as time passed and Lt. John Black from Washington County Sheriff's Office's Internal Affairs Division continued to be involved in the IA investigations, it became clear that Washington County was continuing to take a primary role in the IA investigations of its members.

6.      Most of the IA duties I performed were conducting or sitting in on interviews. Two interviews I did sit in on were of an N. Markos.  At the conclusion of the N. Markos interviews, Washington County Sheriff's Office generated a document, a part of which I am informed by counsel is Exhibit A to this Declaration in support of the Motion to Dismiss.

7.      Having reviewed the document being presented as my Exhibit A, I affirm I have personal knowledge of this document in that I have seen it and read it prior to this litigation.  I affirm it is a true and correct copy of the Memorandum drafted by Lt. John Black that I was copied on, documenting the result of the N. Markos IA investigation.  Further, having reviewed pages 1 through 6 of that document, I affirm that this description accurately describes the relationship between the IA Divisions of PPB and Washington County Sheriff's Office as the whole IA investigation unfolded.

8.      As part of a visit I had with Lt. John Black of Washington County Sheriff's Office at PPB, I observed Lt. Black speak to Detective Jeff Myers about whether he had learned anything in the course of his criminal investigation that would pertain to the IA investigation of any Washington County Sheriff's Office member, particularly N. Markos.  During this conversation, Det. Myers informed Lt. Black about the existence of Ms. Angela Branford's cell phone contents.  Lt. Black requested a copy of the cell phone contents so that he could determine whether there was any evidence on it linking N. Markos to conduct warranting discipline.  A copy of the contents of Ms. Branford's phone was eventually given to Lt. Black for the sole law enforcement purpose of assisting in an IA investigation.

Page  2  –  DECLARATION OF BARRY RENNA

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this _14 TH_ day of March 2017.

Barry Renna

Page 3 – DECLARATION OF BARRY RENNA

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION OF BARRY RENNA IN SUPPORT OF DEFENDANT CITY OF PORTLAND'S MOTION TO DISMISS on:

Daniel Snyder                             Karen O'Kasey
Law Offices of Daniel Snyder             Hart Wagner, LLP
1000 SW Broadway, Ste. 2400              1000 SW Broadway, Ste. 2000
Portland, OR  97205                       Portland, OR 97205
        *Attorney for Plaintiff*                  *Attorney for Defendants Washington*
                                                  *County, Pat Garrett, and John Black*

on March 29, 2017, by causing a full, true and correct copy thereof, addressed to the last-known

address (or fax number) of said attorneys, to be sent by the following method(s):

☒        by **CM/ECF notice of electronic filing** pursuant to LR 5-4; and

Jonathan Christensen
6875 SW 142nd Ave.
Beaverton, OR 97008
        *Defendant Pro Se*

on March 29, 2017, by causing a full, true and correct copy thereof, addressed to the last-known

address (or fax number) of said Defendant, to be sent by the following method(s):

☒        by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal
         Service in Portland, Oregon.

DATED: March 29, 2017.


                        Respectfully submitted,


                        */s/Andrea Barraclough*
                        Andrea Barraclough, OSB No. 122371
                        Deputy City Attorney
                        Email: andrea.barraclough@portlandoregon.gov
                        Attorney for Defendant City of Portland


Page  1  –  CERTIFICATE OF SERVICE