**Daniel Snyder, OSB No. 78385**
dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB No. 06105**
carlpost@lawofficeofdanielsnyder.com
**John David Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

    Of Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **ANGELA BRANFORD,**<br><br>    Plaintiff**,**<br><br>v.<br><br>**WASHINGTON COUNTY, OREGON; PAT GARRETT; JONATHAN CHRISTENSEN; JOHN BLACK; THE CITY OF PORTLAND, OREGON; and JEFFREY MYERS,**<br><br>    Defendant. | Case No. 3:17-cv-00094-SI<br><br>**STIPULATION** |

    It is hereby stipulated by the parties that the parties have settled this lawsuit and that the

PAGE 1 – STIPULATION

Court may dismiss this lawsuit with prejudice, and without award of prevailing costs or attorney fees to either side.

    DATED: October 7, 2020

                                              */s/ Daniel Snyder*
                                              DANIEL SNYDER, OSB #783856
                                              dansnyder@lawofficeofdanielsnyder.com
                                              Of Attorneys for Plaintiff

    DATED: October 7, 2020          */s/ Jonathan Christensen*
                                              Jonathan Christensen
                                              Defendant

PAGE 2 – STIPULATION

**Law Offices of Daniel Snyder**
Attorneys At Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249

# CERTIFICATE OF SERVICE

I certify that I served **SITPULATION** on the following attorney(s), party, or parties:

> Jonathon Christensen
> 400 NE Autumn Rose Way, Apartment H
> Hillsboro, Oregon 97124
> Defendant

by causing to be delivered/served on the date and in the method(s) forth below:

☐ By **regular, first-class mail**, via the United States Post Office, by placing a true copy in a sealed envelope with postage fully prepaid thereon, addressed to the above individual(s) at such individual's last known address.

☒ By **emailing** a true copy to the email address(es) listed above.

☐ By **faxing** a true copy to the above individual(s) at the facsimile number(s) listed above.

☐ By **hand-delivering** or leaving a true copy at the address(es) of the above individual(s).

☐ By sending a true copy thereof via **overnight courier** in a sealed, prepaid envelope, to the above individual(s) at such individual's last known address.

Dated: October 7, 2020

**LAW OFFICES OF DANIEL SNYDER**

  */s/ Daniel Snyder*
Daniel Snyder, OSB No. 783856
dansnyder@lawofficeofdanielsnyder.com
Carl Post, OSB No. 061058
carlpost@lawofficeofdanielsnyder.com
John Burgess, OSB No. 106498
johnburgess@lawofficedanielsnyder.com
Tel: (503) 241-3617 / Fax: (503) 241-2249
Of Attorneys for Plaintiff

PAGE 3 – STIPULATION

Law Offices of Daniel Snyder
Attorneys At Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249